# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Tyrone Lartigue, Jr.
Winn Correctional Center DOC No. 536795
P.O. Box 1260
Winnfield LA 71483

**REHEARING ACTION: September 4, 2013**

**Docket Number: 13   00505-KH**

**STATE OF LOUISIANA**
**VERSUS**
**TYRONE LARTIGUE, JR.**

**Writ Application from Lafayette Parish Case No. 131906**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. James T. Genovese**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tyrone Lartigue, Jr.** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent